UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATAN ALONSO SARZOSA-DEFAZ,

Petitioner,

-against-

ACTING FIELD OFFICE DIRECTOR OF NEW YORK IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Respondents.

ORDER

26-CV-6604 (ER)

EDGARDO RAMOS, United States District Judge:

Jonatan Alonso Sarzosa-Defaz, who is proceeding *pro se* and appearing by next friend Gloria Elena Asimbaya Pineda, filed a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 on August 1, 2026. Respondents filed their answer to the petition on August 10, 2026, which, among other things, conceded that Petitioner's detention is governed by 8 U.S.C. § 1226(a). Doc. 11 at 7–8. Respondents also, however, argued that, because ICE had previously made an individualized decision to detain Petitioner, the Court should deny his request for immediate release and instead order a bond hearing before an immigration judge.[1] *Id.* at 8–9.

Per the briefing schedule set by the Court, Petitioner may file a reply brief by August 17, 2026. Docs. 4, 8. To assist the Court with prompt resolution of this matter, Petitioner, or his next friend, is directed to file a letter by August 13, 2026, informing the Court whether Petitioner intends to file a reply brief by August 17, 2026. If the Court does not receive a letter from

[1] If the Court ordered a bond hearing before an immigration judge, the government would be required to prove by clear and convincing evidence that Petitioner is a danger to the community or a flight risk. *Rivas Reyes v. Mullin*, No. 26 Civ. 4334 (PAE), 2026 WL 1707170, at *5 (S.D.N.Y. June 12, 2026). In evaluating whether Petitioner should continue to be detained and setting any bond amount, the immigration judge would also be required to consider alternatives to detention, including release on recognizance and electronic monitoring, and Petitioner's ability to pay a bond. *Id.*

Petitioner or his next friend by August 13, 2026, the Court will assume that Petitioner does not intend to file a reply and resolve the Petition without further briefing.

It is SO ORDERED.

Dated: August 11, 2026
New York, New York

EDGARDO RAMOS
United States District Judge